UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | C O M P L A I N T |
| Plaintiff, ) | |
| ) | Case No. '08 MJ 1013 |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| KILN, Alec Ronald ) | Title 26, U.S.C., Sections 5861(d) and 5871 |
| ) | Possession of an Unregistered Firearm |

The undersigned complainant being duly sworn states:

On April 1, 2008, within the Southern District of California, defendant Alec Ronald KILN did possess one Thompson replica machinegun with no serial number, which had not been registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. Sections 5861(d) and 5871.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Special Agent Kristen de Tineo
Bureau of Alcohol, Tobacco, Firearms
and Explosives

SWORN AND SUBSCRIBED TO before me
this 2nd day of April, 2008.

_____
HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT
<u>United States of America v. Kiln</u>

### STATEMENT OF FACTS

On April 1, 2008, the San Diego Sheriff's Department executed a search warrant at the residence of defendant Alec Ronald KILN, located at 1611 Bancroft Street, San Diego, CA 92102. Multiple firearms were discovered during the search, including a firearm which field-tested as a machinegun, to wit: one Thompson replica machinegun with no serial number.

KILN admitted to manufacturing and possessing the machinegun and that the machinegun is not registered to him in the National Firearms Registration and Transfer Record. Subsequent records checks confirmed that the machinegun is not registered to KILN in the National Firearms Registration and Transfer Record.