UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ALEC RONALD KILN,<br><br>           Defendant. | Criminal Case No. _____<br><br>**I N F O R M A T I O N**<br><br>Title 26, U.S.C., Secs. 5861(d) and 5871 - Possession of an Unregistered Firearm |

The United States Attorney charges:

Count 1

On or about April 1, 2008, within the Southern District of California, defendant ALEC RONALD KILN did knowingly and intentionally possess one Thompson machinegun with no serial number that was not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

DATED: May 1, 2008.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney