AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALEC RONALD KILN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1380-JAH

I, ALEC RONALD KILN, the above-named defendant, who is accused of committing the following offense:

Possession of an Unregistered Firearm, on or about April 1, 2008, in violation of Title 26, United States

Code, Sections 5861(d) and 5871 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court

on ___5-1-08___ prosecution by indictment and consent that the proceeding may be by information

rather than by indictment.

_____
ALEC RONALD KILN
Defendant

_____
GRETCHEN VON HELMS
Defense Counsel for
Alec Ronald Kiln

Before _____
Judicial Officer

FILED

MAY - 1 2008