JUN 10 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ALEC RONALD KILN,<br><br>            Defendant. | Criminal Case No. 08CR1380-JAH<br><br>**S U P E R S E D I N G**<br>**I N F O R M A T I O N**<br><br>Title 26, U.S.C., Sec. 922(a)(3)<br>- Unlawful Receipt Of Firearm |

The United States Attorney charges:

<u>Count 1</u>

On or about July 28, 2004, within the Southern District of California, defendant ALEC RONALD KILN did knowingly and intentionally receive in the State where he resides one Barrett .50 caliber rifle, serial number 8614, which he had obtained outside the State where he resides; in violation of Title 18, United States Code, Section 922(a)(3).

DATED: June 10, 2008.

                                         KAREN P. HEWITT
                                         United States Attorney

                                         DAVID D. LESHNER
                                         Assistant U.S. Attorney