# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.                                          WAIVER OF INDICTMENT

CASE NUMBER: 08 CV 1380

I, Alec R. Kiln , the above named defendant, who is accused of a superseding information of Title 26 USC Sec. 922(a)(3) Unlawful Receipt of Firearm

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on   6-10-08   prosecution by indictment and consent that the
                                 Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer